UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**UNITED STATES OF AMERICA**

v.                                      CRIMINAL NO. 2:09-00137

**JOSEPH CLEVELAND FERRELL**
**SOUTHERN AMUSEMENT CO., INC.**

ORDER

Upon the motion of the United States, following the return of the superseding indictment in this case, it is hereby

ORDERED that the Pre-Trial Restraining Order entered by this Court on June 8, 2009, remain in full force and effect as to the assets described in Exhibit A thereto.

Entered: __October 6, 2009__

JOHN T. COPENHAVER, JR.
United States District Judge