# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

**UNITED STATES OF AMERICA**

**v.**                                                  **Criminal No. 2:09-00137**

**JOSEPH CLEVELAND FERRELL**
**and**
**SOUTHERN AMUSEMENT CO., INC.**

## WAIVER OF APPEARANCE FOR ARRAIGNMENT

I, **Joseph Cleveland Ferrell,** charged in a superseding indictment pending in the United States District Court for the Southern District of West Virginia alleging violations of **Title 18 United States Code Sections 1962(c), 1955, 1952, 1341, 1346, 2, 666, and 1503; Title 42 United States Code Section 408(a)(2); Title 15 United States Code Sections 1173 and 1176; and Title 26 United States Code Section 7202;** and providing notice of the United States' intent to seek forfeiture pursuant to **Title 15 United States Code Section 1177; Title 18 United States Code Sections 981, 982, 1955, and 1963; Title 21 United States Code Section 853; Title 28 United States Code Section 2461; and Federal Rules of Criminal Procedure 7 and 32.2**, pursuant to Federal Rule of Criminal Procedure 10(b), do hereby waive my right to appear at an arraignment.

I acknowledge that I have received and reviewed a copy of the superseding indictment in this matter; and I hereby enter a plea of not guilty to all Counts of the Indictment.

The Government has expressed that it has no objection to the Court's acceptance of this waiver.

10-6-09
Date

Defendant Joseph Cleveland Ferrell

Counsel for Defendant

*The defendant's request to waive appearance at the arraignment is hereby APPROVED*

Date

United States Magistrate Judge

2