## U.S. DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

On (date) 6/28/2005
At (time) 4:12 PM
(Name) JAMES A. WISE

(Location) SOUTHERN AMUSEMENT CO., INC.
WHITE AMUSEMENT CO.
1117 Second Avenue
Logan, West Virginia 25601

Item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

| ITEM# | DESCRIPTION |
|---|---|
| 1 | AMUSEMENT ROUTE TICKETS - WHITE AND SOUTHERN BOX 1 JANUARY THRU JUNE 2001 |
| 2 | AMUSEMENT ROUTE TICKETS - WHITE AND SOUTHERN BOX 2 JUNE THRU DECEMBER 2001 |
| 3 | WEST VIRGINIA VIDEO LOTTERY - COLLECTION TICKETS - 2002 BOX 2 RON AND JOE'S |
| 4 | VIDEO LOTTERY 2002 - BOX 1 - RON AND JOE'S |
| 5 | SEVEN BOXES CONTAINING 2003 VIDEO LOTTERY BOX 1 OF 7 |
| 6 | SEVEN BOXES CONTAINING 2003 VIDEO BOX 2 OF 7 |
| 7 | SEVEN BOXES CONTAINING 2003 VIDEO BOX 3 OF 7 |
| 8 | SEVEN BOXES CONTAINING 2003 VIDEO BOX 4 OF 7 |
| 9 | SEVEN BOXES CONTAINING 2003 VIDEO BOX 5 OF 7 |
| 10 | SEVEN BOXES CONTAINING 2003 VIDEO BOX 6 OF 7 |
| 11 | SEVEN BOXES CONTAINING 2003 VIDEO BOX 7 OF 7 |
| 12 | WEST VIRGINIA VIDEO LOTTERY COLLECTION TICKETS YR 2002 BOX 1 |
| 13 | WEST VIRGINIA VIDEO LOTTERY COLLECTION TICKETS YR 2002 BOX 2 |
| 14 | VIDEO LOTTERY SA 2002 BOX 3 OF 3 |
| 15 | TICKETS 1997 |
| 16 | TICKETS 1998 |
| 17 | TICKETS 1999 |
| 18 | AMUSEMENT ROUTE TICKETS - WHITE AND SOUTHERN - 2002 BOX 1 JANUARY THRU |
| 19 | WHITE AMUSEMENT PD BILLS/INVOICES '91 THRU 1-1-02 |
| 20 | SOUTHERN PD 1-1-01 |



EXHIBIT A

| ITEM# | DESCRIPTION |
|---|---|
| 21 | CHECK STUBS AND 15TH WORK 2000-2001-2002 |
| 22 | COLLECTION TICKETS 6-00 THRU 12-00 |
| 23 | WHITE SOUTHERN 2002/2003 ENVELOPES |
| 24 | COLLECTION TICKETS 1-00 THRU 6-00 |
| 25 | '96 RECORDS MCNEIL, WILLIAMSON AND CO |
| 26 | '95 RECORDS |
| 27 | '97 RECORDS MCNEIL WILLIAMSON AND COMPANY |
| 28 | '98 RECORDS |
| 29 | ALL '94 JAN 1 TO MAY 15/95 SOUTHERN AMUSEMENT |
| 30 | ALL 1996 JAN FEB MARCH 97 |
| 31 | '99 AND 2000 RECORDS |
| 32 | UPS PICKUP RECORD 6-16-95 TO 3-26-96 |
| 33 | SOUTHERN AMUSEMENT COMPANY, INC. DAILY REPORT SHEET |
| 34 | FOLDER CONTAINING SALES TOTALS FROM EACH BUSINESS JAN 05 -MAY 05 (FROM JOHN'S DESK) |
| 35 | TWO LETTER SIZED TABLETS FROM DESK OF CONNIE TOMLIN |
| 36 | '95 RECORDS BOX 1 OF 2 |
| 37 | '95 RECORDS BOX 2 OF 2 |
| 38 | SOUTHERN AMUSEMENT CO. INC. MACHINES LIST DATED JANUARY 15, 2003 FROM COMPUTER DESK |
| 39 | FROM SOUTHERN AMUSEMENT CO. INC. CHECKBOOK 0094940515010240082724; DEPOSIT RECORD TKT; DEPOSIT TICKET BOOK 6-1-05 THRU 6-27-05; SOUTHERN AMUSEMENT CO. INC., SHEET REGISTER 111 - CASH LB&T-FROM 5-31-2005 THRU 6-29-2005 DATED 6/27/05; SOUTHERN AMUSEMENT CO., INC ACCOUNT QUICK REPORT AS OF 6-29-05. |
| 40 | JUNE '95 AND '96 RECORDS |
| 41 | '97 '98 AND '99 RECORDS |
| 42 | '95 RECORDS |
| 43 | FOUR DRAWER GREEN METAL FILING CABINETS - 1 OF 3 |
| 44 | FOUR DRAWER GREEN METAL FILING CABINETS 2 OF 3 |
| 45 | FOUR DRAWER GREEN METAL FILING CABINETS 3 OF 3 |
| 46 | ONE THREE DRAWER GREEN METAL FILING CABINET |

| ITEM# | DESCRIPTION |
|---|---|
| 47 | TWO DRAWER BLACK METAL FILING CABINET |
| 48 | '96 RECORDS |
| 49 | 2000 2001 AND 2002 RECORDS |
| 50 | SOUTHERN AMUSEMENT CO INC 0515010240079022 DEPOSIT RECORD BOOK 6-22-5; LOTTERY SHEET FOR SOUTHERN AMUSEMENT CO., INC. REGISTER 1115 5-31-05 THRU 6-27-05 DATED 6-27-05 |
| 51 | MISCELLANEOUS ELECTION INFO CONTAINED IN LOGAN BANK AND TRUST BROWN CARRYING BAG - OBTAINED FROM CREDENZA |
| 52 | FOLDER CONTAINING MISCELLANEOUS DOCUMENTS MARKED SOUTHERN AMUSEMENT DAN'S PAPERS. |
| 53 | VIDEO LOTTERY TICKETS 2004 BOX 1 OF 7 |
| 54 | VIDEO LOTTERY TICKETS 2004 - BOX 2 OF 7 |
| 55 | VIDEO LOTTERY TICKETS 2004 - BOX 3 OF 7 |
| 56 | VIDEO LOTTERY TICKETS 2004 - BOX 4 OF 7 |
| 57 | VIDEO LOTTERY TICKETS 2004 - BOX 5 OF 7 |
| 57 | VIDEO LOTTERY TICKETS 2004 - BOX 7 OF 7 |
| 58 | VIDEO LOTTERY TICKETS 2004 - BOX 6 OF 7 |
| 60 | 2004 QUARTERLY WORK CHECK STUBS SALES REPORT |
| 61 | MISCELLANEOUS ELECTION SLATES AND ELECTION INFO FROM CREDENZA DRAWER |
| 62 | TWO SOUTHERN AMUSEMENT CO MACHINE LISTS DATED 8-25-2000 AND 9-9-2002. |
| 63 | SOUTHERN AND WHITE TICKETS 2003 AND 2004 |
| 64 | WHITE AMUSEMENT CO 0515010240092827 - DEPOSIT RECORD BOOK 6-15-05 TO 6-27-05; SHEET FOR WHITE AMUSEMENT CO. INC. DATED 6/27/05, REGISTER 1111, CASH LB&T FROM 5-31-2005 TO 6-29-2005; WHITE AMUSEMENT CO., INC ACCOUNT QUICK REPORT AS OF 6-29-2005 |
| 65 | MANILA FOLDER CONTAINING EXPENDITURES RE ROCKY ADKINS |
| 66 | FOUR LOGAN BANK AND TRUST DEPOSIT SLIPS DATED 6/28/05 (ACCT 82724), 6/28/05, (ACCT 92827) 2/15/01 (ACCT 1061372), 6/28/05 (ACCT 79022). |
| 67 | SOUTHERN AMUSEMENT CO., INC. MANILA ENVELOPE ADDRESSED TO MCNEAL, WILLIAMSON AND CO., ATTN-DEBBIE - MONTH OF JULY 2000 CONTAINING MISCELLANEOUS CANCELLED CHECKS AND DEPOSIT SLIPS |
| 68 | BLACK ESTABLISHMENT/OWNER BOOKS 1 OF 2 |
| 69 | BLACK ESTABLISHMENT/OWNER BOOKS 2 OF 2 |
| 70 | FOLDERS/PAPERS REMOVED FROM DESK OF JOE C. FERRELL |
| 71 | THREE MICRO-CASSETTE TAPES TAKEN FROM JOE C. FERRELL'S DESK |

| ITEM# | DESCRIPTION |
|---|---|
| 72 | HP LAP TOP COMPUTER S/N CNF5141RQ6 |
| 73 | HP CPU, SN 2UA5O2OCSH |

(END OF LIST)

Total of 73 Item(s) Listed

Received by: _____ (Signature)

Received from: _____ (Signature)