# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 2/23/2010                                                                 Case Number 2:09-cr-137
Case Style: USA vs. Joseph Ferrell and Southern Amusement Co., Inc.
Type of hearing Motion Hearing
Before the honorable: 2508-Copenhaver
Court Reporter Barbara Steinke                                                  Courtroom Deputy Kelley Miller
Attorney(s) for the Plaintiff or Government Hunter P. Smith, Jr./Larry R. Ellis


Attorney(s) for the Defendant(s) Benjamin L. Bailey/Robert B. Allen


Law Clerk                                                                       Probation Officer

## Trial Time


## Non-Trial Time

Motions hearing (without evidence). Type:


## Court Time

1:36 pm    to 3:15 pm
Total Court Time: 1 Hours 39 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

1:30 case set

1:36 - case called - on for hearing on defendant's motion for bill of particulars and discovery of emails

Court heard argument on the motions

Motion for bill of particulars denied for the reasons set forth on the record

Additional information to be provided to the court by defense counsel regarding motion for subpoeana relating to the discovery motion

3:15 concluded