## District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 4/16/2010                                                              Case Number 2:09-cr-137
Case Style: USA vs. Joseph Ferrell and Southern Amusement
Type of hearing Motion Hearing
Before the honorable: 2508-Copenhaver
Court Reporter Barbara Steinke                                               Courtroom Deputy Kelley Miller
Attorney(s) for the Plaintiff or Government Hunter P. Smith, Jr./Larry R. Ellis


Attorney(s) for the Defendant(s) Benjamin L. Bailey/Robert B. Allen/Rod Smith/Christopher Morris


Law Clerk                                                                    Probation Officer

### Trial Time


### Non-Trial Time

Motions hearing (without evidence). Type:


### Court Time

3:06 pm   to 3:33 pm
Total Court Time: 0 Hours 27 Minutes Non-Trial Time/Uncontested Time


### Courtroom Notes

3:00 case set

3:06 - case called - on for hearing on defendant's motion to continue trial

Court heard argument of counsel

Court to continue returnable date of subpoena of 5/3/10 for 5 weeks

Counsel to be back to the court in 3-4 weeks with a briefing schedule to follow

Hearing continued to May 14, 2010 at 1:30 p.m.

Due dates for motions to be continued

3:33 concluded