## District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 5/14/2010                                                                    Case Number 2:09-cr-137
Case Style: USA vs. Joseph Ferrell and Southern Amusement Co., Inc.
Type of hearing Motion Hearing
Before the honorable: 2508-Copenhaver
Court Reporter Barbara Steinke                                    Courtroom Deputy Kelley Miller
Attorney(s) for the Plaintiff or Government Hunter P. Smith, Jr./Larry R. Ellis


Attorney(s) for the Defendant(s) Christopher S. Morris, Rodney Smith, Robert Allen


Law Clerk                                                                          Probation Officer

### Trial Time


### Non-Trial Time

Motions hearing (without evidence). Type:


### Court Time

1:35 pm    to 2:22 pm
Total Court Time: 0 Hours 47 Minutes Non-Trial Time/Uncontested Time

### Courtroom Notes

Katherine Schultz appeared on behalf of the WV Lottery Commission

1:30 case set

1:35 - case called - matter on for hearing on the continuation of the previous hearing on defendant's motion to continue

The court heard the parties regarding the subpoena issued to the WV Lottery and the time period involved in retrieving the requested information

Hearing continued to 1:30 pm on May 27, 2010

2:22 concluded