```
        UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF WEST VIRGINIA
              AT CHARLESTON
```

UNITED STATES OF AMERICA

v.                            CRIMINAL ACTION NO. 2:09-00137

JOSEPH CLEVELAND FERRELL

O R D E R

Upon the motion to schedule plea hearing, filed September 30, 2010, by Hunter P. Smith, Jr., Assistant United States Attorney, on behalf of the above-named parties, it is ORDERED that the motion be, and it hereby is, granted and the defendant is scheduled to appear before the court at 1:30 p.m. on October 7, 2010, for entry of a plea in this action.

The Clerk is directed to forward copies of this order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED:  October 6, 2010

John T. Copenhaver, Jr.
United States District Judge