```
Court Name: US District Court/SDWV
Division: 2
Receipt Number: CHAR000926
Cashier ID: gberger
Transaction Date: 10/07/2010
Payer Name: BAILEY AND GLASSER LLP

CRIMINAL DEBT
 For: BAILEY AND GLASSER LLP
 Case/Party: D-WVS-2-09-CR-000137-001
 Amount:         $200.00

CHECK
 Check/Money Order Num: 22331
 Amt Tendered:   $200.00

Total Due:       $200.00
Total Tendered:  $200.00
Change Amt:      $0.00

REST


Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A 45 fee will
be charged for a returned check.
```