UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON



UNITED STATES OF AMERICA

v.                              CRIMINAL ACTION NO. 2:09-00137-01

JOSEPH CLEVELAND FERRELL

## GUILTY PLEA

In the presence of Benjamin L. Bailey, my counsel, who has fully explained the charges contained in the third superseding indictment against me and, having received a copy of the indictment from the United States Attorney before being called upon to plead, I hereby plead GUILTY to Count One and Count Thirty Seven of the forty-count third superseding indictment.

_October 7, 2010_
Date

_Joseph Cleveland Ferrell_ (signature)
Joseph Cleveland Ferrell

Witness:

_Benjamin L. Bailey_ (signature)
Counsel for Defendant