```
         UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF WEST VIRGINIA
                   CHARLESTON
```

**UNITED STATES OF AMERICA**

**v.**                                      **CRIMINAL NO. 2:09-00137**

**JOSEPH CLEVELAND FERRELL**

### MOTION OF THE UNITED STATED
### TO DISMISS FORFEITURE ALLEGATIONS

Comes now the United States of America, by Hunter P. Smith Jr., Assistant United States Attorney for the Southern District of West Virginia, and moves this Court to order that certain forfeiture allegations contained in the indictment in this case be dismissed.

On October 7, 2010, defendant pled guilty pursuant to a written plea agreement in which he agreed to the forfeiture of the sum of $527,540, which sum was "property constituting and derived from proceeds obtained directly or indirectly, from racketeering activity, in violation of Title 18, United States Code, Section 1962. As stated in the plea agreement, these funds were subject to forfeiture pursuant to 18 U.S.C. § 1963(a)(3).

This forfeiture was pursuant to the forfeiture allegation in paragraph 2.iii of the first forfeiture allegation in the third superseding indictment in this case.

The United States now moves the Court to dismiss all of the remaining forfeiture allegations in the third superseding indictment, as well as the Notice of Intent to Forfeit Substitute Assets.

The United States is authorized to represent to the Court that defendant does not oppose this motion.

                                Respectfully submitted,

                                R. BOOTH GOODWIN II
                                United States Attorney

By:  /s/ Hunter P. Smith Jr.
     HUNTER P. SMITH JR.
     WV Bar No. 3467
     Assistant U.S. Attorney
     P.O. Box 1713
     Charleston, WV  25326
     Telephone:  (304) 345-2200
     Fax:  (304) 347-5104
     E-mail:  hunter.smith@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

It is hereby certified that the foregoing "Motion of the United States to Dismiss Forfeiture Allegations" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this the 8th day of October 2010, to:

>Benjamin L. Bailey, Esquire
>209 Capitol Street
>Charleston, WV  25301


>    <u>s/Hunter P. Smith Jr.</u>
>    HUNTER P. SMITH JR.
>    WV Bar No. 3467
>    Assistant U.S. Attorney
>    P.O. Box 1713
>    Charleston, WV  25326
>    Telephone:  (304) 345-2200
>    Fax:  (304) 347-5104
>    E-mail:  hunter.smith@usdoj.gov