**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON**

**UNITED STATES OF AMERICA**

**v.**                                        **CRIMINAL NO.  2:09-00137**

**JOSEPH CLEVELAND FERRELL**

**MOTION OF THE UNITED STATED
TO DISSOLVE PRE-TRIAL RESTRAINING ORDER**

Comes now the United States of America, by Hunter P. Smith Jr., Assistant United States Attorney for the Southern District of West Virginia, and moves this Court, pursuant to the written plea agreement in this case, to dissolve the pre-trial restraining order entered in this case on June 8, 2010.

The United States is authorized to represent to the Court that defendant does not oppose this motion.

Respectfully submitted,

R. BOOTH GOODWIN II
United States Attorney


By:  /s/ Hunter P. Smith Jr.
     HUNTER P. SMITH JR.
     WV Bar No. 3467
     Assistant U.S. Attorney
     P.O. Box 1713
     Charleston, WV  25326
     Telephone:  (304) 345-2200
     Fax:  (304) 347-5104
     E-mail:  hunter.smith@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

It is hereby certified that the foregoing "Motion of the United States to Dissolve Pre-Trial Restraining Order" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this the 8th day of October 2010, to:

                                 Benjamin L. Bailey, Esquire
                                 209 Capitol Street
                                 Charleston, WV   25301

                                 <u>s/Hunter P. Smith Jr.</u>
                                 HUNTER P. SMITH JR.
                                 WV Bar No. 3467
                                 Assistant U.S. Attorney
                                 P.O. Box 1713
                                 Charleston, WV   25326
                                 Telephone:  (304) 345-2200
                                 Fax:  (304) 347-5104
                                 E-mail:  hunter.smith@usdoj.gov