```
Court Name: US District Court/SDWV
Division: 2
Receipt Number: CHAR000960
Cashier ID: ldent
Transaction Date: 10/14/2010
Payer Name: JOE C FERRELL
------------------------------------
COMM REG MONEY MARKET
 For: JOE C FERRELL
 Case/Party: D-WVS-2-09-CR-000137-001
 Amount:         $75,000.00
------------------------------------
CHECK
 Check/Money Order Num: 292261
 Amt Tendered:   $75,000.00
------------------------------------
Total Due:       $75,000.00
Total Tendered:  $75,000.00
Change Amt:      $0.00

RESTITUTION TO A GOVT VICTIM (IRS)


Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A 45 fee will
be charged for a returned check.
```