UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**UNITED STATES OF AMERICA**

**v.**                                                                         **Criminal No. 2:09-00137**

**JOSEPH CLEVELAND FERRELL**
**MARK ANTHONY CANTRELL**
**SOUTHERN AMUSEMENT CO., INC.**

**DEFENDANTS' MOTION TO CONTINUE PRE-SENTENCING**
**REPORT DEADLINES AND SENTENCING HEARING**

Defendant Joseph Cleveland Ferrell, by counsel, respectfully moves the Court to continue the presentencing deadlines and Sentencing Hearing contained in the Court's October 12, 2010 Order.

Having spoken with the Probation Officer and the Government, Mr. Ferrell by counsel respectfully requests an extension of 6 weeks, in this matter, additional time is needed for the parties to fully assemble the information required by the Probation Office and to allow the Probation Office sufficient time to prepare its report.

Defendant represents that the United States does not oppose this request.

**Respectfully submitted,**
**Joseph Cleveland Ferrell**

**By Counsel,**

*/s/ Benjamin L. Bailey*
Benjamin L. Bailey (WV Bar ID # 200)
Christopher S. Morris (WV Bar ID # 8004)
Bailey & Glasser, LLP
209 Capitol Street
Charleston, West Virginia  25301
(304) 345-6555
(304) 342-1110 *facsimile*
*Counsel for Joseph Cleveland Ferrell*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:09-00137

JOSEPH CLEVELAND FERRELL
MARK ANTHONY CANTRELL
SOUTHERN AMUSEMENT CO., INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies the **"DEFENDANTS' MOTION TO CONTINUE PRE-SENTENCING REPORT DEADLINES AND SENTENCING HEARING"** was served upon counsel of record, via the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record on this 24th day of November, 2010:

> Hunter P. Smith, Jr., Esq.
> Assistant U. S. Attorney
> 4000 United States Courthouse
> 300 Virginia Street, East
> Charleston, West Virginia  25301

> /s/ Benjamin L. Bailey
> Benjamin L. Bailey (WV Bar ID # 200)

2