```
                    UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF WEST VIRGINIA
                             CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                                   CRIMINAL NO. 2:09-00137

**JOSEPH CLEVELAND FERRELL**
**MARK ANTHONY CANTRELL**
**SOUTHERN AMUSEMENT CO., INC.**

## RESPONSE OF THE UNITED STATES TO DEFENDANTS' MOTION TO CONTINUE PRE-SENTENCING REPORT DEADLINES AND SENTENCING HEARING

Comes now the United States of America, by Hunter P. Smith Jr., Assistant United States Attorney for the Southern District of West Virginia, in response to defendant Joseph Cleveland Ferrell's Motion to Continue Pre-Sentencing Report Deadlines and Sentencing Hearing.

The United States does not oppose defendants' request for an extension of six weeks.

Respectfully submitted,

R. BOOTH GOODWIN II
United States Attorney

By: /s/ Hunter P. Smith Jr.
HUNTER P. SMITH JR.
WV Bar No. 3467
Assistant U.S. Attorney
P.O. Box 1713
Charleston, WV  25326
Telephone: (304) 345-2200
Fax: (304) 347-5104
E-mail: hunter.smith@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

It is hereby certified that the foregoing "Response of the United States to Defendants' Motion to Continue Pre-Sentencing Report Deadlines and Sentencing Hearing" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this the 30th day of November 2010, to:

>Benjamin L. Bailey, Esquire
>209 Capitol Street
>Charleston, WV  25301

>   <u>s/Hunter P. Smith Jr.</u>
>   HUNTER P. SMITH JR.
>   WV Bar No. 3467
>   Assistant U.S. Attorney
>   P.O. Box 1713
>   Charleston, WV  25326
>   Telephone:  (304) 345-2200
>   Fax:  (304) 347-5104
>   E-mail:  hunter.smith@usdoj.gov