UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**UNITED STATES OF AMERICA**

**v.**                                  CRIMINAL NO. 2:09-00137

**JOSEPH CLEVELAND FERRELL**

**PRELIMINARY ORDER OF FORFEITURE**

Based upon defendant Joseph Cleveland Ferrell's guilty plea to a violation of 18 U.S.C. § 1962(c) as set forth in Count One of the Third Superseding Indictment filed in this case, and his agreement to forfeit to the United States the sum of $527,540 in United States currency, which sum constitutes the proceeds he obtained directly and indirectly from the racketeering offense to which he is pleading guilty, and the parties' acknowledgment and agreement, by presenting this Order to the Court, that the defendant has delivered to the United States a cashier's check in the amount of $527,540, the Court hereby

ORDERS that any and all right, title and interest of defendant Joseph Cleveland Ferrell in and to the sum of $527,540, more or less, be and the same hereby is FORFEITED to the United States pursuant to 18 U.S.C. § 1963(a).

The Court further ORDERS that the United States Marshals Service shall take possession of the cashier's check and deposit the same in its Seized Assets Deposit Fund, and shall protect and

maintain custody of the forfeited proceeds until further order of this Court.

The Clerk is directed to send certified copies of this Order to counsel of record; to Betty A. Pullin, Assistant United States Attorney, P. O. Box 1713, Charleston, West Virginia, 25326; and to the United States Marshals Service in Charleston, West Virginia.

IT IS SO ORDERED this __8th__ day of __December__, 2010.

ENTER: December 8, 2010

JOHN T. COPENHAVER, JR.
United States District Judge

ORDER PREPARED BY:

s/Betty A. Pullin
Betty A. Pullin, WV Bar Number: 5590
Attorney for the United States
United States Attorney's Office
300 Virginia Street, East, Room 4000
Charleston, West Virginia 25301
Telephone: (304) 345-2200
Fax: (304) 347-5104
Email: betty.pullin@usdoj.gov