UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.    CRIMINAL ACTION NO. 2:09-00137

JOSEPH CLEVELAND FERRELL

O R D E R

In order for the court to obtain information supplementing the pre-sentence report in this case, it is ORDERED that the sentencing hearing scheduled for May 2, 2011, be, and it hereby is, continued to a date and time to be announced by the court on May 2, 2011.

The Clerk is directed to forward copies of this order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED:  April 29, 2011

John T. Copenhaver, Jr.
United States District Judge