```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

UNITED STATES OF AMERICA

v.                              CRIMINAL ACTION NO. 2:09-00137

JOSEPH CLEVELAND FERRELL

### O R D E R

After a conference with the probation officer and counsel for the parties and learning that supplemental pre-sentence information needs development, it is ORDERED that the sentencing hearing scheduled herein for this date be, and it hereby is, continued to 9:30 a.m. on May 17, 2011.

The Clerk is directed to forward copies of this order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: May 2, 2011

John T. Copenhaver, Jr.
United States District Judge