```
                UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF WEST VIRGINIA
                         CHARLESTON
```

**UNITED STATES OF AMERICA**

**v.**                              **CRIMINAL NO. 2:09-00137**

**JOSEPH CLEVELAND FERRELL**


**RESPONSE OF THE UNITED STATES TO**
**<u>DEFENDANT'S MOTION TO CONTINUE</u>**

Comes now the United States of America, by Hunter P. Smith Jr., Assistant United States Attorney for the Southern District of West Virginia, in response to defendant's Motion to Continue the sentencing now scheduled in this case for Tuesday, May 17, 2011.

The United States does not oppose this motion.

                                    Respectfully submitted,

                                    R. BOOTH GOODWIN II
                                    United States Attorney

                         By:  <u>/s/ Hunter P. Smith Jr.</u>
                              HUNTER P. SMITH JR.
                              WV Bar No. 3467
                              Assistant U.S. Attorney
                              P.O. Box 1713
                              Charleston, WV  25326
                              Telephone:  (304) 345-2200
                              Fax:  (304) 347-5104
                              E-mail:  <u>hunter.smith@usdoj.gov</u>

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "Response of the United States to Defendant's Motion to Continue" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this the 16th day of May, 2011, to:

>Benjamin L. Bailey, Esquire
>209 Capitol Street
>Charleston, WV   25301

>s/Hunter P. Smith Jr.
>HUNTER P. SMITH JR.
>WV Bar No. 3467
>Assistant U.S. Attorney
>P.O. Box 1713
>Charleston, WV   25326
>Telephone:  (304) 345-2200
>Fax:  (304) 347-5104
>E-mail:  hunter.smith@usdoj.gov