AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JOSEPH CLEVELAND FERRELL | ) | Case No. 2:09-00137 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Dr. Jeffrey E. Shook
Logan Regional Medical Center
20 Hospital Drive
Logan, WV 25601

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Robert C. Byrd US Courthouse<br>300 Virginia St. East<br>Charleston, WV 25301 | Courtroom No.: | District Courtroom A - Room 6000 |
|---|---|---|---|
| | | Date and Time: | 06/01/2011 9:30 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: MAY 3 1 2011

CLERK OF COURT

*Eugenis Berger*
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* __Defendant,__
Joseph Cleveland Ferrell_____, who requests this subpoena, are:

Benjamin L. Bailey (WV Bar ID # 200) -- bbailey@baileyglasser.com
Rodney A. Smith (WV Bar ID # 9750) -- rsmith@baileyglasser.com
Bailey & Glasser, LLP
209 Capitol Street
Charleston, West Virginia 25301
(304) 345-6555

org +2

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:09-00137

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: