# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 6/1/2011                                                                 Case Number 2:09-cr-137
Case Style: USA vs. Joseph Ferrell
Type of hearing Sentencing
Before the honorable: 2508-Copenhaver
Court Reporter Barbara Steinke                                                 Courtroom Deputy Kelley Miller
Attorney(s) for the Plaintiff or Government Hunter P. Smith, Jr./Larry R. Ellis


Attorney(s) for the Defendant(s) Benjamin L. Bailey


Law Clerk                                                                      Probation Officer Jeff Gwinn

### Trial Time

Contested Sentencing Hearing.

### Non-Trial Time



### Court Time

3:40 pm    to 4:42 pm
9:46 am    to 11:57 am
1:43 pm    to 3:02 pm
Total Court Time: 4 Hours 32 Minutes Court actively conducting trial proceedings/Contested proceedings

### Courtroom Notes

9:30 case set

9:46 - case called - defendant sworn - defense counsel over PSR and addenda with defendant thoroughly and he understands - defendant read PSR and addenda, went over with attorney, he explained, understands everything

Court addressed "non-financial" and "non-medical" objections

Medical objections addressed

Def. #1 Jeffrey Shook

Def. Exhibits #1-4 - admitted

Financial objections addressed

11:57 Recess

1:43 Resume

## District Judge Daybook Entry

Financial objections addressed further

With additions to Paragraphs 25 and 33 of the presentence report, report is factually accurate

Parties agree TOL 20 + I = 33-41 months

Restitution $75,000 and $200 special assesssment paid

3:02 Recess

3:40 Resume

Court made findings with respect to the defendant's net worth

Mitigation - defense counsel, government, defendant

Court stated reasons for sentence including 3553(a) factors and reasons for downward variance

Sentence - 24 months (concurrently on each count) - $250,000 fine paid $50,000 every six months beginning July 1, 2011

Self-report on 8/5/11

Remaining counts dismissed

4:42 concluded