FILED
JUL 11 2011
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

AO 187 (Rev. 7/87) | USDC/CRT-009 (Rev. 1/07) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

UNITED STATES

v.

JOSEPH C. FERRELL

**EXHIBIT AND WITNESS LIST**

Case Number: 2:09-00137

| PRESIDING JUDGE<br>Honorable John T. Copenhaver, Jr. | PLAINTIFF'S ATTORNEY<br>Hunter P. Smith, Jr./Larry R. Ellis | DEFENDANT'S ATTORNEY<br>Benjamin L. Bailey/Rodney Smith |
|---|---|---|
| TRIAL DATE (S)<br>Sentencing - June 1, 2011 | COURT REPORTER<br>Barbara Steinke | COURTROOM DEPUTY<br>Kelley Miller |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* OR NAME OF WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 6/1/11 | ✓ | ✓ | Foot and Ankle Surgery Textbook |
|  | 2 | 6/1/11 | ✓ | ✓ | Letter from Robert Ellis, Bureau of Prisons |
|  | 3 | 6/1/11 | ✓ | ✓ | Audit Report |
|  | 4 | 6/1/11 | ✓ | ✓ | Follow-up Audit Report |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of 1 Pages