IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:09-00137

JOSEPH CLEVELAND FERRELL and
SOUTHERN AMUSEMENT CO., INC.

## DEFENDANT JOSEPH FERRELL'S MOTION TO POSTPONE BUREAU OF PRISONS REPORT DATE AND TO RECONSIDER HOME CONFINEMENT

Comes now the Defendant, Joseph Cleveland Ferrell, by counsel, to move the Court to postpone his report date and to reconsider the option of home confinement due to further significant medical conditions that have developed since the Court's August 3, 2011 Order granting Mr. Ferrell's Motion to Postpone His Report Date.

As set forth in Dr. Shook's attached letter, and despite best medical efforts to prevent them, Mr. Ferrell has recently developed additional serious medical conditions in both his left and right foot. (*See* Exhibit A, Aug. 31, 2011 Letter of Dr. Jeffrey Shook; *see also* Exhibits. B-G, Photographs of heel).[1]  The most threatening condition at this time is an ulcer on his left heel that required hospitalization for most of last week and surgery on August 22, 2011, and on August 26, 2011. Mr. Ferrell is traveling to the Cleveland Clinic on Thursday, with a wound vac in place, to obtain a second opinion on the best course of treatment for his rapidly deteriorating lower extremities.

---

[1] Exhibits B through G are attached to the Motion to Seal filed this same day.

1

Based on Mr. Ferrell's limb-threatening medical conditions, Mr. Ferrell respectfully requests that the Court further postpone his Bureau of Prisons report date and reconsider the option of home confinement. The undersigned is mindful of the government's previously-expressed concerns about the "recurrent issues" Mr. Ferrell faces. But the apparently increasing scope, acuteness, and intractability of Mr. Ferrell's problems warrant the Court's consideration. The probation officer has also been made aware of Mr. Ferrell's current course of treatment. If the Court would like to hear further on this matter now or after Mr. Ferrell receives the second opinion, Mr. Ferrell's counsel would happily make themselves available for a conference or hearing. And if the court has questions of any of the medical professionals who have assessed or are about to assess Mr. Ferrell's condition, counsel will endeavor to make them available in person or remotely.

        **Respectfully submitted,**
        **Joseph Cleveland Ferrell**
        **By Counsel,**

*/s/Benjamin L. Bailey*
Benjamin L. Bailey (WV Bar ID # 200)
Rodney A. Smith (WV Bar ID # 9750)
Bailey & Glasser, LLP
209 Capitol Street
Charleston, West Virginia 25301
(304) 345-6555
(304) 342-1110 *facsimile*
*Counsel for Joseph Cleveland Ferrell*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 2:09-00137

JOSEPH CLEVELAND FERRELL and
SOUTHERN AMUSEMENT CO., INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies the **"Defendant's Ferrell's Motion to Postpone Bureau of Prisons Report Date And To Reconsider Home Confinement"** was served upon counsel of record, via the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record on this 31st day of August, 2011:

> Hunter P. Smith, Jr., Esq.
> Assistant U. S. Attorney
> 4000 United States Courthouse
> 300 Virginia Street, East
> Charleston, West Virginia  25301

> */s/ Benjamin L. Bailey*
> Benjamin L. Bailey (WV Bar ID # 200)